IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAMERON ROMER,** | : | **Civil No. 1:20-cv-1275** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MHM HEALTH PROFESSIONALS,** | : | |
| | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

Before the court is Defendant's Motion to Dismiss Plaintiff's Complaint.

(Doc. 5.)  For the reasons explained in the accompanying memorandum, the motion

is hereby **DENIED**.  Given that Plaintiff has agreed to withdraw Count 3, Count 3

is hereby **DISMISSED, WITHOUT PREJUDICE**.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: November 17, 2020